UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RICHARD ALAN FOLDEN,

Petitioner,

v.

DAVID CRIST,

Respondent.

ORDER

Civil No. 01-2031(ADM/JGL)

---

Before the Court is the Report and Recommendation of Magistrate Judge Jonathan G. Lebedoff, dated November 9, 2001. No objections have been filed to said Recommendation in the time period allotted. Also before the Court is Respondent's Motion to Dismiss which was filed on December 4, 2001.

After a review of the Recommendation, the Motion by Respondent, and all the files and records herein IT IS HEREBY ORDERED THAT:

1. Petitioner's application for a writ of habeas corpus is DENIED;

2. Respondent's Motion to Dismiss is MOOT; and

2. This action is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: December 13, 2001

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT

DEC 13 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.