# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Richard Alan Folden

Plaintiff

v.

David Crist

Defendants

Case No. Civil 01-2031 ADM/JGL

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that petitioner's application for a writ of *habeas corpus* is denied. Respondent's motion to dismiss is moot. This action is dismissed with prejudice.

DATE: December 13, 2001

RICHARD D. SLETTEN, CLERK

________________________________

Victoria Moralez, Deputy Clerk