**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Richard Alan Folden,

Petitioner,

v.

**ORDER**
Civil No. 01-2031 ADM/JGL

David Crist,

Respondent.

---

By an Order dated December 13, 2001 [Doc. No. 8], the undersigned United States District Court Judge denied and dismissed with prejudice Richard Alan Folden's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. That Order adopted the November 9, 2001 Report and Recommendation ("R&R") of Magistrate Judge Jonathan Lebedoff [Doc. No. 3]. Thereafter, on December 17, 2001, Folden filed an Objection [Doc. No. 7] to the R&R upon which the Order of December 13th was based. Because objections to a magistrate judge's report and recommendation must be made within 10 days after being served with a copy, Folden's Objection is untimely. *See* D. Minn. LR 72.1(c)(2).

Furthermore, even if Folden's submission is considered on the merits, it does not change the effect of the December 13, 2001, Order. In reviewing objections to a R&R, a district court must make an independent, *de novo* evaluation of those portions of a R&R to which objection is made and may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. *See* 28 U.S.C. § 636(b)(1)(C); D. Minn. LR 72.1(c)(2). The R&R correctly concluded that Folden's present habeas corpus petition is time-barred under 28 U.S.C.

FEB - 4 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

§ 2244(d).

A one-year statute of limitations applies to persons in custody pursuant to the judgment of a state court. *See* 28 U.S.C. § 2244(d)(1). Folden's conviction became final in 1994. However, the statute of limitations did not begin to run until the date when it was enacted, April 24, 1996. Even when all possible tolling periods are considered, Folden's current Petition, filed on November 5, 2001, is beyond the statute of limitations.

## CONCLUSION

Based upon the Report and Recommendation of Judge Lebedoff and for the foregoing reasons, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation [Doc. No. 3] is adopted in its entirety.

(2) Petitioner's Petition for Writ of Habeas Corpus is **DENIED** and this matter is **DISMISSED WITH PREJUDICE**.

BY THE COURT:

ANN D. MONTGOMERY
UNITED STATES DISTRICT JUDGE

Dated: February 4, 2002